**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CHRISTINA PRUKALA,                                    CIVIL ACTION NO. 3:14-cv-92

      Plaintiff,

        v.                                                         (JUDGE CAPUTO)

ELLE, JOHN DOES 1-10,

CORPORATIONS X, Y, Z,

      Defendants.

## <u>ORDER</u>

**NOW**, this 28th day of March, 2014, **IT IS HEREBY ORDERED** that

(1)    Defendant Hearst's  Motion to Dismiss (Doc. 3) is **GRANTED**.  Counts I, II, IV, and V of the Complaint are **dismissed without prejudice**.  Count III is **dismissed with prejudice** as it relates to Plaintiff's receipt of e-mail communications; otherwise the TCPA claim in Count III is **dismissed without prejudice**. Count VI of the Complaint is **dismissed with prejudice**.

(2)    Plaintiff has **twenty-one (21) days** from the date of entry of this Order to file an Amended Complaint to properly plead her claims in Counts I through V against Defendant; otherwise, the claims will be **dismissed with prejudice**.

                       /s/ A. Richard Caputo
                       A. Richard Caputo
                       United States District Judge